**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | **Case No.:**  2:26-mj-238 |
| **United States of America** | ) | |
| **v.** | ) | |
| **Dominic William Neu** | ) | **Magistrate Judge**  Vascura |
| **341 Kestrel Dr.** | ) | |
| **Blacklick, Ohio 43004** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Therese Devine VanWinkle (Your Affiant), a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.  I, Task Force Officer, Therese Devine VanWinkle (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2252, 2252A – distribution, transmission, receipt, and/or possession of child pornography, or attempts of such. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Dominic Neu (**NEU**) committed the violations listed above.

2.  I am a sworn Deputy with the Franklin County Sheriff's Office in Columbus, Ohio employed since 2002. I have been assigned to Corrections, Patrol, and the Detective Bureau throughout my career. I am currently assigned to the Franklin County Internet Crimes Against Children (ICAC) Task Force since 2022, investigating child exploitation and child sexual assault material (CSAM). I was granted my Task Force Officer (TFO) of Homeland Security Investigations (HSI) credentials and assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since June 2023. During my time as a HSI TFO, I have completed the required TFO training sessions. I have received training that included cybercrimes, sexual exploitation of minors, child pornography, and the dark web. The Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force investigates child exploitation and I am responsible for enforcing federal law in numerous counties in the Southern District of Ohio.

3.  Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2252, and 2252A, and I am authorized by law to request a criminal complaint and arrest warrant.

## PROBABLE CAUSE

4. In December 2025, CyberTipline Report #226681114 was submitted to the National Center for Missing and Exploited Children (NCMEC) from MediaLab/Kik regarding the uploading of fourteen files, which depicted child sexual assault material (CSAM). In January 2026, another NCMEC report was generated, CyberTipline Report #227317496, from MediaLab/Kik regarding the uploading of four files of CSAM. The uploading of the child pornography occurred between approximately December 29, 2025 through January 1, 2026. The CyberTipline Reports identified the target Kik account as utilizing the email address "jerichogod21@gmail.com", who has since been identified as Dominic NEU.

5. The information about the user of the Kik account indicated it was associated with an IP address which resolved to Charter Communications. More specifically, legal process to Charter Communications indicated the subscriber address was listed as 341 Kestrel Dr. in Blacklick, Ohio 43004. Based on the location of the residence, the case was referred to the Franklin County Internet Crimes Against Children (ICAC) Task Force.

6. Law enforcement then reviewed the files associated with CyberTipline Report #226681114. For example, one of the files titled *e9a1948d-b94c-4be6-8aa0-30c66b9482e9.mp4* depicted a video of a pubescent girl laying on a bed with no pants on, legs spread apart, and her vaginal area exposed to the camera. Later, the minor was shown nude again, exposing her vagina and performing oral sex on an unknown adult male. The video continued to show this same child laying on a bed and an adult male penis penetrating her anal cavity. The minor is heard whimpering in the video, and the adult male makes a "shhh" shushing noise to her.

7. Further investigation into the address where the upload occurred revealed that NEU resided at the Blacklick, Ohio residence. Law enforcement then learned that NEU had been previously convicted of two counts of Gross Sexual Imposition in violation of Ohio Revised Code (ORC) section 2907.05 (A)(4) in the Delaware County Court of Common Pleas under case number 16CRI090497. On January 26, 2017, NEU was sentenced to a total of 72 months incarceration and required to register as a Tier II sexual offender.

8. Law enforcement also learned that the address NEU had on file with the sex offender registry and with the Adult Parole Authority was 341 Kestrel Drive.

9. On or about March 25, 2026, and March 31, 2026, law enforcement conducted surveillance at 341 Kestrel Drive and observed NEU at the residence.

10. On or about April 1, 2026, members of the Franklin County ICAC Task Force executed a search warrant at the Kestrel Drive residence. The warrant permitted the seizure of digital media devices. NEU was present on scene and, after receiving his *Miranda* warnings, waived and agreed to speak with law enforcement. During this interview, NEU confessed to possessing and distributing CSAM. He also admitted to using a number of different applications on his phone to do so and acknowledged he would masturbate to the child pornography he downloaded and received.

11. While conducting an on-scene preview of the electronic devices seized, specifically the Samsung Z Fold 6 cellular device belonging to **NEU**, law enforcement observed a video titled *1_4922885063634322289.mp4* which depicted a prepubescent girl, naked, laying down and being penetrated anally by an unknown adult male. The minor female appeared to be whimpering in pain.

12. Five total devices were seized during the execution of the search warrant. **NEU** was placed under arrest for Pandering Sexually Oriented Matter Involving a Minor, violations of the Ohio Revised Code section 2907.322(A)(2) and (A)(5), felonies in the second degree and fourth degree respectively.

13. An additional precursor review of the devices seized from 341 Kestrel Drive has revealed twenty-seven additional images depicting child pornography thus far from one of the devices. This device also contained several chats messages in which **NEU** exchanged CSAM on the mobile application TeleGuard. In the communication, **NEU** stated he preferred child pornography depicting 12-17 year olds. Full forensic examination of these devices is still ongoing.

14. Based upon the above information, your affiant submits that there is probable cause to believe that Dominic **NEU** has committed offenses in violation of 18 U.S.C. §§ 2252, 2252A –distribution, transmission, receipt, and/or possession of child pornography, or attempts of such. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

#969

Detective Therese Devine VanWinkle

Therese Devine VanWinkle
Franklin County Sheriff's Office Detective/ Task Force Officer
Homeland Security Investigations

Sworn and subscribed to before me this __9th__ day of April, 2026

The Honorable Chelsey M. Vascura
Magistrate Judge
U.S. District Court
Southern District of Ohio